# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    Kimberly J. Zimmerman                                      Case No.    16-17027
                      Debtor(s)                                      Chapter     13

# CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2016, a copy of the Amended Face Page with Corrected Last 4 Digits of Debtor's Social Security Number was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Commonwealt of Virginia
Green Tree Servicing L
IRS DEPARTMENT OF THE TREASURY
Santander Bank Na
UNION COMMUNITY BANK
EXPERIAN
TRANUNION
EQUIFAX

//Alaine V. Grbach
Alaine V. Grbach 45485
Alaine V. Grbach, Esquire
675 REAR Estelle Drive
Lancaster, PA 17601
717-898-8402Fax:1-866-928-4707
avgrbach@aol.com