# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-17027-MDC

KIMBERLY J. ZIMMERMAN

245 South Homestead Drive

Landisville, PA 17538

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    KIMBERLY J. ZIMMERMAN

    245 South Homestead Drive

    Landisville, PA 17538


Counsel for debtor(s), by electronic notice only.

    ALAINE GRBACH
    675 ESTELLE DR

    LANCASTER, PA 17601-

                                    /S/ William C. Miller

Date: 1/3/2017                              _____

                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee