# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   Kimberly J. Zimmerman                                              Case No.   16-17027
                                  Debtor(s)                                Chapter    13

## ANSWER OF DEBTOR TO MOTION TO DISMISS

AND NOW COMES Debtor herein, who Answers as follows:

1.      On   June 2, 2015  , the above-named Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code and has received a discharge of all debt obligations..

2.      In this Chapter 13 case, Debtor is only paying the secured debt relating to her residential mortgage, and Debtor has filed amended schedules to reflect the secured debt only.

WHEREFORE, Debtor prays that the Motion to Dismiss be dismissed.

Date  February 2, 2017

Attorney  /s/ Alaine V. Grbach
          Alaine V. Grbach 45485

Alaine V. Grbach, Esquire
675 REAR Estelle Drive
Lancaster, PA 17601
717-898-8402
Fax: 1-866-928-4707
avgrbach@aol.com