UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                              : Chapter 13
                                                   : Bankruptcy No. 16-17027 MDC
                                                   :
    Kimberly Zimmerman                             :
                                                   :
              Debtor                               :

### CONSENT ORDER (DEBTOR NOT SEEKING NOR ENTITLED TO DISCHARGE)

AND NOW, this _____ day of _____, 2017, upon agreement of the parties as to whether debtor is entitled to a discharge, it is

ORDERED, that pursuant to 11 U.S.C. Section 1328(f)(1) and in light of debtor's receiving a Chapter 7 discharge in Bankruptcy Case No 15-13942 JKF on December 17, 2015, which was during the 2 year period preceding the date of the filing under the instant Chapter 13 case filed on October 4, 2016, the court shall not grant a discharge in the instant case.

Date: 1/19/17

_____          _____
Kimberly P. Zimmerman                     Alaine Grbach, Esquire
Debtor                                    Attorney for Debtor

2/7/17

_____
Jacqueline M. Chandler, Esquire
for William C. Miller, Esquire
Chapter 13 Standing Trustee

                                          BY THE COURT

                                          _____
                                          HONORABLE MAGDELINE D. COLEMAN
                                          BANKRUTPCY JUDGE

Alaine V. Grbach, Esquire
675 Estelle Drive
Lancaster, PA 17601

**Kimberly Zimmerman**
245 South Homestead Drive
Landisville, PA 17538

1