UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                             :        Chapter 13
                                                  :        Bankruptcy No. 16-17027 MDC
                                                  :
    **Kimberly Zimmerman**                        :
                                                  :
              Debtor                              :

## CONSENT ORDER (DEBTOR NOT SEEKING NOR ENTITLED TO DISCHARGE)

AND NOW, this __27th__ day of __March__, 2017, upon agreement of the parties as to whether debtor is entitled to a discharge, it is

ORDERED, that pursuant to 11 U.S.C. Section 1328(f)(1) and in light of debtor's receiving a Chapter 7 discharge in Bankruptcy Case No 15-13942 JKF on December 17, 2015, which was during the 2 year period preceding the date of the filing under the instant Chapter 13 case filed on October 4, 2016, the court shall not grant a discharge in the instant case.

Date: 1/19/17

_____
Kimberly P. Zimmerman
Debtor

2/7/17

_____
Jacqueline M. Chandler, Esquire
for William C. Miller, Esquire
Chapter 13 Standing Trustee

_____
Alaine Grbach, Esquire
Attorney for Debtor

Confirmation Hearing 4-20-17 @ 9:30

BY THE COURT

_____
HONORABLE MAGDELINE D. COLEMAN
BANKRUTPCY JUDGE

Alaine V. Grbach, Esquire
675 Estelle Drive
Lancaster, PA 17601

**Kimberly Zimmerman**
245 South Homestead Drive
Landisville, PA 17538