United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-17027-mdc
Kimberly J. Zimmerman                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John               Page 1 of 2                  Date Rcvd: Mar 27, 2017
                              Form ID: pdf900          Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2017.
db            +Kimberly J. Zimmerman,    245 South Homestead Drive,    Landisville, PA 17538-1378
cr            +Union Community Bank fka Union National Community,    c/o Charles N. Shurr, Jr., Esquire,
                Kozloff Stoudt,    2640 Westview Drive,    Wyomissing, PA 19610-1186
13802728      +Commonwealt of Virginia,    P O Box 13947,    Chesapeake, VA 23325-0947
13827401      +Ditech Financial LLC,    c/o BRIAN CRAIG NICHOLAS,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13805346      +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13878500      +SANTANDER BANK, N.A.,    c/o CELINE P. DERKRIKORIAN,    McCabe, Weisberg & Conway PC,
                123 South Broad Street, Suite 1400,    Philadelphia, PA 19109-1060
13802731      +Santander Bank Na,    1130 Berkshire Blvd 3rd Floor,    Wyomissing, PA 19610-1242
13802732      +UNION COMMUNITY BANK,    PO BOX 0567,    Mount Joy, PA 17552-0567
13879139      +Union Community Bank fka Union National Community,    Kevin T. Hersh, EVP,
                101 East Main Street, P.O. Box 567,    Mount Joy, PA 17552-0567

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Mar 28 2017 02:23:18     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2017 02:23:00
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 28 2017 02:23:09     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2017 02:29:10
                PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13875954       E-mail/Text: bankruptcy.bnc@ditech.com Mar 28 2017 02:22:49
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
13802729       E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2017 02:28:54     Green Tree Servicing L,
                332 Minnesota St Ste 610,    Saint Paul, MN 55101
13802730       E-mail/Text: cio.bncmail@irs.gov Mar 28 2017 02:22:48     IRS DEPARTMENT OF THE TREASURY,
                ACS SUPORT,    PO BOX 8208,    Philadelphia, PA 19101-8208
13880285      +E-mail/Text: n.miller@santander.us Mar 28 2017 02:23:25     Santander Bank, N.A,
                601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3544
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2017 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Debtor Kimberly J. Zimmerman avgrbach@aol.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   Ditech Financial LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    SANTANDER BANK, N.A. ecfmail@mwc-law.com
              CHARLES N. SHURR, JR.    on behalf of Creditor    Union Community Bank fka Union National Community
               Bank cshurr@kozloffstoudt.com,
               jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
```

```
District/off: 0313-2          User: John                Page 2 of 2              Date Rcvd: Mar 27, 2017
                              Form ID: pdf900           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                                          : Chapter 13
                                                               : Bankruptcy No. 16-17027 MDC
                                                               :
Kimberly Zimmerman                                             :
                                                               :
Debtor                                                         :

## CONSENT ORDER (DEBTOR NOT SEEKING NOR ENTITLED TO DISCHARGE)

AND NOW, this __27th__ day of __March__, 2017, upon agreement of the parties as to whether debtor is entitled to a discharge, it is

ORDERED, that pursuant to 11 U.S.C. Section 1328(f)(1) and in light of debtor's receiving a Chapter 7 discharge in Bankruptcy Case No 15-13942 JKF on December 17, 2015, which was during the 2 year period preceding the date of the filing under the instant Chapter 13 case filed on October 4, 2016, the court shall not grant a discharge in the instant case.

Date: 1/19/17

_____             _____
Kimberly P. Zimmerman                         Alaine Grbach, Esquire
Debtor                                        Attorney for Debtor

2/17/17

_____
Jacqueline M. Chandler, Esquire
for William C. Miller, Esquire
Chapter 13 Standing Trustee

                                              Confirmation hearing 4-20-17 @ 9:30

                                              BY THE COURT

                                              _____
                                              HONORABLE MAGDELINE D. COLEMAN
                                              BANKRUTPCY JUDGE

Alaine V. Grbach, Esquire
675 Estelle Drive
Lancaster, PA 17601

Kimberly Zimmerman
245 South Homestead Drive
Landisville, PA 17538