# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   Kimberly J. Zimmerman                                      Case No.   16-17027
                                Debtor(s)                          Chapter    13

## CERTIFICATE OF SERVICE

I hereby certify that on Aprill 11, 2017, a copy of the First Amended Plan was served electronically or by regular United States mail to all interested parties, all enotice parties the Trustee and all creditors listed below.

Green Tree Servicing L/Ditech Financial
IRS DEPARTMENT OF THE TREASURY
Santander Bank Na

/Alaine V. Grbach
Alaine V. Grbach 45485
Alaine V. Grbach, Esquire
675 REAR Estelle Drive
Lancaster, PA 17601
717-898-8402Fax:1-866-928-4707
avgrbach@aol.com