IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                          :
                                                :       In Chapter 13
         KIMBERLY J. ZIMMERMAN         :
                                                :       No. 16-17027(MDC)
                       Debtor.         :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW PROOF OF CLAIM


TO THE CLERK OF THE BANKRUPTCY COURT:


Kindly withdraw Proof of Claim number 7-1 filed by the City of Philadelphia on

April 12, 2017 in the amount of $2,450.58.



Respectfully submitted,

THE CITY OF PHILADELPHIA


Dated: May 8, 2017          By: */s/Megan N. Harper*
                            MEGAN N. HARPER
                            Deputy City Solicitor
                            PA Attorney I.D. 81669
                            City of Philadelphia Law Department
                            1401 JFK Boulevard, 5th Floor
                            Philadelphia, PA 19102
                            215-686-0503 (phone)
                            215-686-0588 (facsimile)
                            Email: Megan.Harper@phila.gov