**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

In re:                                )
Kimberly J. Zimmerman,
                                      )    Chapter        13
                                      )    Case No. 16-17027 - mdc
                    Debtor.           )

**ORDER**

AND NOW, this 19th day of July, 2017, IT IS HEREBY ORDERED AND DECREED that the foregoing Stipulation of Debtor and UCB is APPROVED and ADOPTED as an Order of this Couort.

BY THE COURT:

_____
HON. MAGDELINE D. COLEMAN

BANKRUPTCY JUDGE

cc:   All Counsel of Record
      Chapter 13 Trustee
      Debtor
      Office of the U.S. Trustee