United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-17027-mdc
Kimberly J. Zimmerman                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Jul 19, 2017
                              Form ID: pdf900         Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2017.
db          +Kimberly J. Zimmerman,    245 South Homestead Drive,    Landisville, PA 17538-1378
cr          +Union Community Bank fka Union National Community,    c/o Charles N. Shurr, Jr., Esquire,
              Kozloff Stoudt,   2640 Westview Drive,    Wyomissing, PA 19610-1186
13802732    +UNION COMMUNITY BANK,    PO BOX 0567,    Mount Joy, PA 17552-0567
13879139    +Union Community Bank fka Union National Community,    Kevin T. Hersh, EVP,
              101 East Main Street, P.O. Box 567,    Mount Joy, PA 17552-0567

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Jul 20 2017 01:31:35    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 20 2017 01:31:11
              Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 20 2017 01:31:32    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/Text: bankruptcy@phila.gov Jul 20 2017 01:31:35    City of philadelphia,
              Law Department,   c/o Megan N. Harper,    1401 JFK Blvd., Rm 580,    Philadelphia, PA  19102
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 20 2017 01:33:57
              PRA Receivables Management, LLC,    POB 41067,   NORFOLK, VA 23541-1067
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2017 at the address(es) listed below:
          ALAINE V. GRBACH    on behalf of Debtor Kimberly J. Zimmerman avgrbach@aol.com
          ALAINE V. GRBACH    on behalf of Plaintiff Kimberly J. Zimmerman avgrbach@aol.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor   Ditech Financial LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor   SANTANDER BANK, N.A. ecfmail@mwc-law.com
          CHARLES N. SHURR, JR.    on behalf of Creditor   Union Community Bank fka Union National Community
           Bank cshurr@kozloffstoudt.com,
           jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          MEGAN N. HARPER    on behalf of Creditor   City of philadelphia megan.harper@phila.gov,
           james.feighan@phila.gov
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

In re: )
Kimberly J. Zimmerman,
) Chapter 13
) Case No. 16-17027 - mdc
Debtor. )

**ORDER**

AND NOW, this 19th day of July, 2017, IT IS HEREBY ORDERED AND DECREED that the foregoing Stipulation of Debtor and UCB is APPROVED and ADOPTED as an Order of this Couort.

BY THE COURT:

_____
HON. MAGDELINE D. COLEMAN

BANKRUPTCY JUDGE

cc: All Counsel of Record
 Chapter 13 Trustee
 Debtor
 Office of the U.S. Trustee