## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

In re:                                                                    )
Kimberly J. Zimmerman,

                                                )          Chapter        13
                                                )          Case No. 16-17027 - mdc
                       Debtor.          )

## <u>ORDER</u>

AND NOW, IT IS HEREBY ORDERED AND DECREED that the foregoing Stipulation

of Debtor and UCB is APPROVED and ADOPTED as an Order of this Couort.

BY THE COURT:

August 8, 2017

*Magdeline D. Coleman*

_____
MAGDELINE D. COLEMAN
BANKRUPTCY JUDGE

cc:      All Counsel of Record
       Chapter 13 Trustee
       Debtor
       Office of the U.S. Trustee