UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

June 14, 2018

To:   Alaine V. Grbach

In re:   Kimberly J. Zimmerman
Bankruptcy #   16-17027 mdc
Adversary #   n/a
Chapter   13

RE:   Docket Entry # 64 :
Application for Compensation filed by Debtor's Attorney ALAINE V. GRBACH.

The above pleading was electronically filed with this office on December 12, 2017. Please be advised that the following has not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

- ( ) Affidavit
- ( ) Certificate of Service
- (**X**) **Certification of No Response**
- ( ) Notice pursuant to Rule 9019
- ( ) Notice pursuant to Rule 2002
- ( ) Notice pursuant to Rule 3007.1
- ( ) Proof of Claim number not noted on objection pursuant to Rule 3007.1(a)
- ( ) Proposed Order
- ( ) Stipulation
- ( ) Certification of Default
- ( ) Filing Fee
- ( ) Other

In order for this matter to proceed to disposition, please submit the above noted item to this office. Otherwise, the matter will be referred to the Court.

Timothy McGrath
Clerk of Court

By:___John B___
Deputy Clerk

status.frm