United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-17027-mdc
Kimberly J. Zimmerman                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John            Page 1 of 1         Date Rcvd: Jun 14, 2018
                        Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.
14061196        Alaine V. Grbach,    675 REAR Estelle Drive,    Lancaster    PA  17601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2018 at the address(es) listed below:
          ALAINE V. GRBACH    on behalf of Plaintiff Kimberly J. Zimmerman avgrbach@aol.com
          ALAINE V. GRBACH    on behalf of Debtor Kimberly J. Zimmerman avgrbach@aol.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor   Ditech Financial LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor   SANTANDER BANK, N.A. ecfmail@mwc-law.com
          CHARLES N. SHURR, JR.    on behalf of Creditor   Union Community Bank fka Union National Community
           Bank cshurr@kozloffstoudt.com,
           jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          MEGAN N. HARPER    on behalf of Creditor   City of philadelphia megan.harper@phila.gov,
           karena.blaylock@phila.gov
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

June 14, 2018

To:  Alaine V. Grbach

In re:  Kimberly J. Zimmerman
Bankruptcy #  16-17027 mdc
Adversary #  n/a
Chapter  13

RE:  Docket Entry # 64 :
Application for Compensation filed by Debtor's Attorney ALAINE V. GRBACH.

The above pleading was electronically filed with this office on December 12, 2017. Please be advised that the following has not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

- ( )  Affidavit
- ( )  Certificate of Service
- (**X**)  **Certification of No Response**
- ( )  Notice pursuant to Rule 9019
- ( )  Notice pursuant to Rule 2002
- ( )  Notice pursuant to Rule 3007.1
- ( )  Proof of Claim number not noted on objection pursuant to Rule 3007.1(a)
- ( )  Proposed Order
- ( )  Stipulation
- ( )  Certification of Default
- ( )  Filing Fee
- ( )  Other

In order for this matter to proceed to disposition, please submit the above noted item to this office. Otherwise, the matter will be referred to the Court.

Timothy McGrath
Clerk of Court

By:___John B___
Deputy Clerk

status.frm