United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-17027-mdc
Kimberly J. Zimmerman                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia           Page 1 of 1              Date Rcvd: Apr 10, 2019
                            Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.
13879139       +Union Community Bank fka Union National Community,   Kevin T. Hersh, EVP,
                 101 East Main Street, P.O. Box 567,   Mount Joy, PA 17552-0567

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:
    ALAINE V. GRBACH    on behalf of Plaintiff Kimberly J. Zimmerman avgrbach@aol.com
    ALAINE V. GRBACH    on behalf of Debtor Kimberly J. Zimmerman avgrbach@aol.com
    BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
    CELINE P. DERKRIKORIAN    on behalf of Creditor    SANTANDER BANK, N.A. ecfmail@mwc-law.com
    CHARLES N. SHURR, JR.    on behalf of Creditor    Union Community Bank fka Union National Community Bank cshurr@kozloffstoudt.com, jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
    JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
    MEGAN N. HARPER    on behalf of Creditor    City of philadelphia megan.harper@phila.gov, karena.blaylock@phila.gov
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                      TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-17027-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Kimberly J. Zimmerman
245 South Homestead Drive
Landisville PA 17538

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/08/2019.

Name and Address of Alleged Transferor(s):

Claim No. 3: Union Community Bank fka Union National Community, Kevin T. Hersh, EVP, 101 East Main Street, P.O. Box 567, Mount Joy, PA 17552

Name and Address of Transferee:

Northwest Bank
Attn Special Assets
100 Liberty Street
P.O. Box 128
Warren, PA 16365

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/12/19

Tim McGrath
**CLERK OF THE COURT**