UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

Kimberly J Zimmerman

        Debtor

Case No.: 16-17027
Adversary No.: 
Chapter: 13
Judge: Magdeline D Coleman

## CHANGE OF ADDRESS

**Creditor Name:** Santander Bank, N.A.

Old Payment Address:

PO Box 16255

MC: 10-421-CP2

Reading, PA 19612

New Payment Address:

PO Box 847051

Boston, MA 02284-7051

Date: 10/19/2021

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter #13 |
| Kimberly J Zimmerman | Case No. 16-17027 |
| | Honorable Magdeline D Coleman |
| Debtor | |

_____/

## CERTIFICATE OF SERVICE

    I, Melissa A. Epler, of Santander Bank, N.A., do hereby certify that on October 19, 2021, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

    Signed under the penalties of perjury, this 19th day of October 2021.

*Melissa A. Epler*
Melissa A. Epler
Santander Bank, N.A.
Bankruptcy Administrator
450 Penn Street
Reading, PA 19602
(484) 512-3552
Email: DeftBkr@santander.us

VIA US MAIL
Kimberly Zimmerman
245 S Homestead Dr
Landisville, PA 17538

VIA ECF
Kenneth E West
1234 Market St Ste 1813
Philadelphia, PA 19107

Alaine V Grbach
avgrbach@aol.com