# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                                    :

    **KIMBERLY J. ZIMMERMAN,**                  CHAPTER  13

                                  :

                                  :      CASE No.  16-17027
           DEBTOR.
                                  :

### CERTIFICATE OF NO RESPONSE WITH RESPECT TO
### <u>APPLICATION FOR COMPENSATION</u>

I, <u>Alaine V. Grbach, Esquire,</u> hereby certify that the twenty (20) days during which parties in interest had to answer or object to the above Application for Compensation and Reimbursement of Expenses, after service thereon, exclusive of the date of service, have expired and no answer or objection has been filed and/or served upon undersigned Applicant.

                                  Respectfully submitted,

**DATED: November 6, 2021**                  **/s/ Alaine V. Grbach, Esquire**
                                  Alaine V. Grbach, Esquire
                                  Counsel to Debtor
                                  675 Estelle Drive
                                  Lancaster, PA 17601
                                  (717) 898-8402 - telephone
                                  866-928-4707 - facsimile
                                  I.D. No.: 45485