United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Kimberly J. Zimmerman  
    Debtor

Case No. 16-17027-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Nov 22, 2021      Form ID: pdf900      Total Noticed: 5

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly J. Zimmerman, 245 South Homestead Drive, Landisville, PA 17538-1378 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | Union Community Bank fka Union National Community, c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | Nov 22 2021 23:41:00 | City of philadelphia, Law Department, c/o Megan N. Harper, 1401 JFK Blvd., Rm 580, Philadelphia, PA 19102 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2021 23:55:57 | PRA Receivables Management, LLC, POB 41067, NORFOLK, VA 23541-1067 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALAINE V. GRBACH | on behalf of Plaintiff Kimberly J. Zimmerman avgrbach@aol.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 22, 2021 | Form ID: pdf900 | Total Noticed: 5 |

ALAINE V. GRBACH
 on behalf of Debtor Kimberly J. Zimmerman avgrbach@aol.com

BRIAN CRAIG NICHOLAS
 on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

CELINE P. DERKRIKORIAN
 on behalf of Creditor SANTANDER BANK N.A. ecfmail@mwc-law.com

CHARLES N. SHURR, JR.
 on behalf of Creditor Union Community Bank fka Union National Community Bank cshurr@kozloffstoudt.com
 dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com;lbemis@kozloffstoudt.com

KENNETH E. WEST
 ecfemails@ph13trustee.com philaecf@gmail.com

MEGAN N. HARPER
 on behalf of Creditor City of philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| **KIMBERLY J. ZIMMERMAN,** | | CHAPTER 13 |
| | : | |
| | : | CASE NO. 16-17027 |
| DEBTOR. | | |
| | : | |

## ORDER

**AND NOW,** upon consideration of the Application, for Compensation("the Application") filed by the Debtors counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $3,500.00  .

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Application as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. § 507, 11 U.S.C. §503(b) and 11 U.S.C. § 330(a)(4)(B), the allowed compensation set forth in ¶2 less $1,690.00 which was paid by the Debtor prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

DATED: November 19, 2021

_Magdeline D. Coleman_
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**