United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 16-17027-mdc
Kimberly J. Zimmerman   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 2
Date Rcvd: Dec 22, 2021   Form ID: 138OBJ   Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly J. Zimmerman, 245 South Homestead Drive, Landisville, PA 17538-1378 |
| 14061196 | | Alaine V. Grbach, 675 REAR Estelle Drive, Lancaster PA 17601 |
| 13802728 | + | Commonwealt of Virginia, P O Box 13947, Chesapeake, VA 23325-0947 |
| 13827401 | + | Ditech Financial LLC, c/o BRIAN CRAIG NICHOLAS, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13875954 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 13878500 | + | SANTANDER BANK, N.A., c/o CELINE P. DERKRIKORIAN, McCabe, Weisberg & Conway PC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 13802732 | + | UNION COMMUNITY BANK, PO BOX 0567, Mount Joy, PA 17552-0567 |
| 13879139 | + | Union Community Bank fka Union National Community, Kevin T. Hersh, EVP, 101 East Main Street, P.O. Box 567, Mount Joy, PA 17552-0567 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 22 2021 23:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2021 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 22 2021 23:38:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13900186 | + | Email/Text: megan.harper@phila.gov | Dec 22 2021 23:38:00 | CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT, BANKRUPTCY GROUP - MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13802729 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 22 2021 23:45:23 | Green Tree Servicing L, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 13802730 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 22 2021 23:38:00 | IRS DEPARTMENT OF THE TREASURY, ACS SUPORT, PO BOX 8208, Philadelphia, PA 19101-8208 |
| 14288410 | + | Email/Text: angela.abreu@northwest.com | Dec 22 2021 23:38:00 | Northwest Bank, Attn Special Assets, 100 Liberty Street, P.O. Box 128, Warren, PA 16365-0128 |
| 13805346 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 22 2021 23:45:23 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13802731 | + | Email/Text: DeftBkr@santander.us | Dec 22 2021 23:38:00 | Santander Bank Na, 1130 Berkshire Blvd 3rd Floor, Wyomissing, PA 19610-1242 |
| 13880285 | + | Email/Text: DeftBkr@santander.us | Dec 22 2021 23:38:00 | Santander Bank, N.A, 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |

TOTAL: 10

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 22, 2021 | Form ID: 138OBJ | Total Noticed: 18 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 24, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALAINE V. GRBACH | on behalf of Debtor Kimberly J. Zimmerman avgrbach@aol.com |
| ALAINE V. GRBACH | on behalf of Plaintiff Kimberly J. Zimmerman avgrbach@aol.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor SANTANDER BANK  N.A. ecfmail@mwc-law.com |
| CHARLES N. SHURR, JR. | on behalf of Creditor Union Community Bank fka Union National Community Bank cshurr@kozloffstoudt.com dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com;lbemis@kozloffstoudt.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MEGAN N. HARPER | on behalf of Creditor City of philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Kimberly J. Zimmerman
        Debtor(s)

Case No: 16−17027−mdc
Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/22/21