UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Kimberly J. Zimmerman | : | Bky. No. 16-17027mdc |
| Debtor | : | |
| | : | |

ORDER

AND NOW, WHEREAS 11 U.S.C. §1328(f) provides that the court shall not grant a discharge to an individual debtor who has received a discharge

> (1) in a case filed under Chapter 7, 11, or 12 of this title during the 4-year period preceding the date of the order for relief under this chapter, or (2) in a case filed under chapter 13 of this title during the 2-year period preceding the date of such order.

AND it appearing that the debtor has received a discharge in a prior case and is ineligible for discharge under Chapter 13 at this time,

IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is, CLOSED without the entry of an order of discharge.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Date: January 27, 2022